**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**WILEY ZACHARY CARROLL** **PETITIONER**

**v.** **No. 3:25CV223-GHD-RP**

**SUPERINTENDENT HUFFMAN** **RESPONDENT**

**ORDER GRANTING PETITIONER'S MOTION [18]**
**FOR A COPY OF THE COURT'S DOCKET SHEET**

This matter comes before the court on the petitioner's motion [18] for a copy of the court's docket sheet. The motion is well taken and is **GRANTED**. The Clerk of the Court is **DIRECTED** to provide the petitioner with a copy of the docket sheet.

**SO ORDERED**, this, the 31st day of August, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE